**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, § § § Plaintiff, § § v. § § BROADCOM CORPORATION, § § Defendant. § § | Case No. 2:24-cv-00761 **JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff ServStor Technologies LLC for purposes of receiving notices and orders from the Court.

Dated:  September 19, 2024

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, NY 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF,
SERVSTOR TECHNOLOGIES LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III