**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, | § |
| | § |
| Plaintiff, | § Case No. 2:24-cv-00761 |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| BROADCOM CORPORATION, | § |
| | § |
| Defendant. | § |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Michael Mondelli III, enters his appearance in this matter for Plaintiff ServStor Technologies LLC for purposes of receiving notices and orders from the Court.

Dated: September 19, 2024

Respectfully submitted,

*/s/ Michael Mondelli III*
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

**ATTORNEYS FOR PLAINTIFF,
SERVSTOR TECHNOLOGIES LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael Mondelli III*
Michael Mondelli III