**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, § § § Plaintiff, § § v. § § BROADCOM CORPORATION, § § Defendant. § § | Case No. 2:24-cv-00761 **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, ServStor Technologies LLC states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated:  September 19, 2024

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, NY 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III

NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO LAW LLC**
51 J.F.K. Parkway
Short Hills, NJ, 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

**ATTORNEYS FOR PLAINTIFF,
SERVSTOR TECHNOLOGIES LLC**