# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, | Case No. 2:24-cv-00761-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Alfred R. Fabricant, enters his appearance in this matter for Plaintiff ServStor Technologies LLC for purposes of receiving notices and orders from the Court.

Dated: September 19, 2024

Respectfully submitted,

/s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF
SERVSTOR TECHNOLOGIES LLC***

2

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Alfred R. Fabricant*
                                                  Alfred R. Fabricant