IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, | Case No. 2:24-cv-00761-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Peter Lambrianakos, enters his appearance in this matter for Plaintiff ServStor Technologies LLC for purposes of receiving notices and orders from the Court.

Dated:  September 19, 2024

Respectfully submitted,

/s/ *Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*ATTORNEY FOR PLAINTIFF*
*SERVSTOR TECHNOLOGIES LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           */s/ Peter Lambrianakos*
                                            Peter Lambrianakos