AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC <br><br> *Plaintiff(s)* <br> v. <br> BROADCOM CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-00761 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BROADCOM CORPORATION
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E. 7th St., Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fabricant LLP
411 Theodore Fremd Ave., Suite 206 South, Rye, NY 10580
c/o Vincent J. Rubino, III

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/19/2024

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00761-JRG-RSP

Plaintiff:
**ServStor Technologies LLC**

vs.

Defendant:
**Broadcom Corporation**

For:
Fabricant LLP
411 Theodore Fremd Rd.
Suite 206
South Rye, NY 10580

Received by Markus Fagerberg on the 23rd day of October, 2024 at 12:23 pm to be served on **Broadcom Corporation by serving its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E 7th St., Ste. 620, Austin, Travis County, TX 78701.**

I, Markus Fagerberg, being duly sworn, depose and say that on the **23rd day of October, 2024 at 3:25 pm**, I:

delivered to a **BUSINESS ENTITY, BY AND THROUGH ITS REGISTERED AGENT**, by personally delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement** with the date of service endorsed thereon by me, to: **Neisha Gross, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as **Authorized Agent** at the address of: **211 E 7th St., Ste. 620, Austin, Travis County, TX 78701** on behalf of **Broadcom Corporation**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: 5'8, Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on October 23, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 23rd day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

Markus Fagerberg
PSC- 23308; Exp. 09/30/2025

Inter County Judicial Services LLC (Syosset, NY)
6851 Jericho Turnpike
Suite 180
Syosset, NY 11791
(516) 248-8270

Our Job Serial Number: MST-2024009562
Ref: 2462053